**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-cv-24914-KMM

NORTH SHORE
MEDICAL CENTER, INC., *et. al*,

    Plaintiffs,

v.

CIGNA HEALTH AND
LIFE INSURANCE CO.,

    Defendant.
_____/

## **FINAL JUDGMENT**

THIS CAUSE came before the Court upon the Court's January 14, 2022 Order (ECF No. 221) granting Defendant Cigna Health and Life Insurance Company's Motion for Summary Judgment (ECF No. 141).  Pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby ORDERED AND ADJUDGED that Final Judgment is ENTERED in favor of Defendant Cigna Health and Life Insurance Company, and against Plaintiffs North Shore Medical Center, Inc., Lifemark Hospitals of Florida, Inc. d/b/a Palmetto General Hospital, Delray Medical Center, Inc., Good Samaritan Medical Center, Inc., Palm Beach Gardens Community Hospital, Inc. d/b/a Palm Beach Gardens Medical Center, St. Mary's Medical Center, Inc., West Boca Medical Center, Inc., and CGH Hospital, Ltd. d/b/a Coral Gables Hospital.

DONE AND ORDERED in Chambers at Miami, Florida this 31st day of January, 2022.

                                                    K. MICHAEL MOORE
                                                  UNITED STATES DISTRICT JUDGE

c:     All counsel of record